IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| REGULO TRIGO AND CONSUELO TRIGO, | § § § § | |
| Plaintiffs, | § § | |
| V. | § § | CIVIL ACTION NO.: 7:16-cv-00035 |
| UNITED PROPERTY & CASUALTY INSURANCE COMPANY AND TANJI MEADOR | § § § § § | JURY DEMAND |
| Defendants. | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Regulo Trigo and Consuelo Trigo and Defendants United Property & Casualty Insurance Company and Tanji Meador, hereby stipulate to the voluntary dismissal with prejudice of this matter, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Therefore, Plaintiffs' claims against Defendants are hereby dismissed with prejudice, with each party to bear its own costs, if any.

SO STIPULATED, this the 6th day of December, 2016.

KETTERMAN ROWLAND & WESTLUND

/s/ *[signature]*
Kevin S. Baker
State Bar No.: 00797799
Federal Bar No. 306997
Desiree Marrufo
State Bar No. 24046351
Federal Bar No. 2070692
**\* signed with permission**

16500 San Pedro, Suite 302
San Antonio, Texas 78232
Telephone: (713) 521-0104
Fax: (713) 521-0103

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE – Page 1
2526020v1
11151.002

Email: kevin@krwlawyers.com
Email: desiree@krwlawyers.com
**ATTORNEYS FOR PLAINTIFF**

And

THOMPSON, COE, COUSINS & IRONS, LLP

/s/ *Rhonda J. Thompson*
**Rhonda J. Thompson**
Attorney-In-Charge
State Bar No. 24029862
Southern District No. 17055
**Shannon Beck**
State Bar No. 24092102
Southern District No. 2715159

700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone: (214) 871-8200
Facsimile: (214) 871-8209
Email: rthompson@thompsoncoe.com
Email: sbeck@thompsoncoe.com

**COUNSEL FOR DEFENDANT**

## CERTIFICATE OF SERVICE

This is to certify that on December 6, 2016, a true and correct copy of the foregoing was delivered to the following counsel for Plaintiffs by electronic service and facsimile transmission:

Kevin S. Baker, Attorney-in-Charge
Desiree Marrufo
Ketterman, Rowland & Westlund
16500 San Pedro, Suite 302
San Antonio, Texas 78232
   *Counsel for Plaintiffs*

/s/ *Rhonda J. Thompson*
Rhonda J. Thompson