United States District Court
Southern District of Texas
**ENTERED**
December 06, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| REGULO TRIGO AND CONSUELO TRIGO, | § § § § § | |
| Plaintiffs, | § § | |
| V. | § § | CIVIL ACTION NO.: 7:16-cv-00035 |
| UNITED PROPERTY & CASUALTY INSURANCE COMPANY AND TANJI MEADOR | § § § § § | JURY DEMAND |
| Defendants. | § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The Court, after having considered Plaintiffs Regulo Trigo and Consuelo Trigo and Defendants United Property & Casualty Insurance Company and Tanji Meador's Joint Stipulation of Dismissal with Prejudice, is of the opinion that it should be granted.

IT IS THEREFORE ORDERED that Plaintiffs' claims against Defendants are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the parties shall bear their own costs.

IT IS SO ORDERED.

SIGNED this 6th day of December, 2016 at McAllen, Texas.

_____
JUDGE PRESIDING

AGREED AS TO FORM AND CONTENT:

/s/ *Kevin Baker*
Kevin S. Baker
State Bar No.: 00797799
Federal Bar No. 306997
Desiree Marrufo
State Bar No. 24046351
Federal Bar No. 2070692
\* signed with permission

KETTERMAN ROWLAND & WESTLUND
16500 San Pedro, Suite 302
San Antonio, Texas 78232
Telephone: (713) 521-0104
Fax: (713) 521-0103
Email: kevin@krwlawyers.com
Email: desiree@krwlawyers.com

**ATTORNEYS FOR PLAINTIFF**

And

/s/ _____
**Rhonda J. Thompson**
Attorney-In-Charge
State Bar No. 24029862
Southern District No. 17055
**Shannon Beck**
State Bar No. 24092102
Southern District No. 2715159

THOMPSON, COE, COUSINS & IRONS, LLP
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone: (214) 871-8200
Facsimile: (214) 871-8209
Email: rthompson@thompsoncoe.com
Email: sbeck@thompsoncoe.com

**COUNSEL FOR DEFENDANT**

**AGREED AS TO FORM AND CONTENT:**

/s/ _____
Kevin S. Baker
State Bar No.: 00797799
Federal Bar No. 306997
Desiree Marrufo
State Bar No. 24046351
Federal Bar No. 2070692
**\* signed with permission**

**KETTERMAN ROWLAND & WESTLUND**
16500 San Pedro, Suite 302
San Antonio, Texas 78232
Telephone: (713) 521-0104
Fax: (713) 521-0103
Email: kevin@krwlawyers.com
Email: desiree@krwlawyers.com

**ATTORNEYS FOR PLAINTIFF**

And

/s/ Rhonda J. Thompson
**Rhonda J. Thompson**
Attorney-In-Charge
State Bar No. 24029862
Southern District No. 17055
**Shannon Beck**
State Bar No. 24092102
Southern District No. 2715159

THOMPSON, COE, COUSINS & IRONS, LLP
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone: (214) 871-8200
Facsimile: (214) 871-8209
Email: rthompson@thompsoncoe.com
Email: sbeck@thompsoncoe.com

**COUNSEL FOR DEFENDANT**